Certificate Number: 13858-GAN-DE-040136023

Bankruptcy Case Number: 25-11031



13858-GAN-DE-040136023

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 27, 2025, at 4:38 o'clock PM EDT, Tangela Danielle McCray completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:  September 27, 2025

By:  /s/Haylee Carter

Name:  Haylee Carter

Title:  Counselor