**IT IS ORDERED as set forth below:**



**Date: October 22, 2025**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge
Signed as Revised by the Court**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | |
|---|---|
| IN RE: )<br>Tangela Danielle McCray, )<br>Debtor(s). )<br> )<br>─────────────────────── )<br> )<br>DAPT Cross Creek, LLC )<br> )<br>    Movant. )<br> )<br>V. )<br> )<br>Tangela Danielle McCray, Debtor(s), )<br>James G. Baker, Trustee )<br>Respondents. )<br> )<br> ) | CASE NO. 25-11031-pmb<br>CHAPTER 7<br><br>Judge Paul Baisier<br><br><br>CONTESTED MATTER |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On September 23, 2025, DAPT Cross Creek, LLC (hereinafter, "Movant") filed a Motion

1

For Relief From Automatic Stay (Doc. No. 14) (the "Motion"). The Motion concerns rented real property known as 116 Brock St, Apt A24, Carrollton GA 30177 (the "Property"). Within the Motion, proper notice – as asserted by Movant - of the opportunity to object and for hearing was provided pursuant to the procedures in Fourth Amended and Restated General Order No. 24-2018 and no objection to the Motion was filed prior to the objection deadline. Resultingly, pursuant to Fourth Amended and Restated General Order No. 24-2018, the November 12, 2025 hearing at 10 a.m. is no longer required.

The Court, having considered the Motion and all other matters of record, including the lack of objection thereto, and based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. The Court hereby **GRANTS** Movant relief from the automatic stay as provided below including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant may obtain a postpetition judgment within the course of a dispossessory action to recover possession of the Property. Movant may seek rent for the occupancy of the Property by the Debtor after the filing of this case under applicable Georgia law and to seek and obtain a money judgment against the Debtor for such unpaid rent, provided, however, that Movant is not permitted to pursue any collection activities on said postpetition judgment as to property of the estate or any property that the Debtor has exempted under 11 U.S.C. § 522(b).

**ORDERED** that the automatic stay of 11 U.S.C. § 362(a) shall remain in effect to prohibit Movant from seeking or obtaining or enforcing a personal judgment against the Debtor for any money due under the Lease or based on any obligation of Debtor under the Lease.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

**Order presented by:**

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338

Stanley J. Kakol, Jr.
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road
Suite C
Lithonia, GA 30038
Attorney for Debtor

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

James G. Baker
305 North Greenwood Street
LaGrange, GA 30240
Chapter 7 Trustee

Tangela Danielle McCray, Debtor
116 Brock St
Apt A24
Carrollton GA 30177