**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In Re: Debtor(s)<br>**Tangela Danielle McCray**<br>116 Brock Street<br>Apt A24<br>Carrollton, GA 30117<br><br>**xxx−xx−6249** | Case No.: **25−11031−pmb**<br>Chapter: **7**<br>Judge: **Paul Baisier** |

### DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_Paul Baisier_
_____
Paul Baisier
United States Bankruptcy Judge

Dated: November 10, 2025

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

**EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                         Case No. 25-11031-pmb

Tangela Danielle McCray                                                Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-7                                      User: admin                                                 Page 1 of 3

Date Rcvd: Nov 10, 2025                              Form ID: 182                                          Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tangela Danielle McCray, 116 Brock Street, Apt A24, Carrollton, GA 30117-8909 |
| 25369403 | + | American First Investment LLC, 3914 Evans Drive, Lithia Springs, GA 30122-1239 |
| 25369406 | + | Cross Creek Apartments, 116 Brock Street, Carrollton, GA 30117-8989 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FJGBAKER | Nov 11 2025 01:16:00 | James G. Baker, 305 North Greenwood Street, LaGrange, GA 30240-2605 |
| 25369402 | + | Email/Text: bankruptcy@1ffc.com | Nov 10 2025 20:42:00 | 1st Franklin Financial Corporation, Administrative Services Dept, PO Box 880, Toccoa, GA 30577-0880 |
| 25442984 | | Email/PDF: bncnotices@becket-lee.com | Nov 10 2025 21:01:21 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 25369404 | + | Email/Text: omx-bnc-bk-notices@chime.com | Nov 10 2025 20:41:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 25369405 | + | EDI: CCS.COM | Nov 11 2025 01:16:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 25369408 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 10 2025 20:41:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 25369412 | + | Email/Text: bkl@firstcitizens.com | Nov 10 2025 20:41:00 | First Citizens Bank, Attn: Bankruptcy, 4661 S 27th St, Milwaukee,, WI 53221-2103 |
| 25369413 | + | EDI: AMINFOFP.COM | Nov 11 2025 01:16:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 25369414 | + | EDI: GADEPTOFREV.COM | Nov 11 2025 01:16:00 | Georgia Department of Revenue, 2595 Century Parkway NE, Suite 339, Atlanta, GA 30345-3173 |
| 25369415 | | EDI: IRS.COM | Nov 11 2025 01:16:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25369416 | | Email/Text: bk@lendmarkfinancial.com | Nov 10 2025 20:38:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 25369421 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2025 20:48:15 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25369422 | + | EDI: CBS7AVE | Nov 11 2025 01:16:00 | Mason, c/o Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 25369423 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 10 2025 20:50:01 | Merrick Bank, Resurgent Capital Systems, PO |

| District/off: 113E-7 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2025 | Form ID: 182 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 10368, Greenville, SC 29603-0368 |
| 25369424 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 10 2025 20:48:35 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 25369425 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 10 2025 21:01:09 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 25369426 | + | Email/Text: admin@pdminc.net | Nov 10 2025 20:39:00 | Professional Debt Mediation, Attn: Bankruptcy, 8657 Baypine Rd, Ste 201, Jacksonville, FL 32256-8634 |
| 25369427 | | EDI: Q3G.COM | Nov 11 2025 01:16:00 | Quantum 3 Group LL, as agent for Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 25369428 | + | EDI: SYNC | Nov 11 2025 01:16:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 25369917 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 10 2025 20:41:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 25369407 | *+ | Cross Creek Apartments, 116 Brock Street, Carrollton, GA 30117-8989 |
| 25369409 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 25369410 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 25369411 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 25369417 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 25369418 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 25369419 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 25369420 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2025                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:**

**Name**                              **Email Address**
James G. Baker

District/off: 113E-7 | User: admin | Page 3 of 3
Date Rcvd: Nov 10, 2025 | Form ID: 182 | Total Noticed: 23

        jgbaker@jgbpc.com  plewis@jgbpc.com;jgb@trustesolutions.net;mbowen@jgbpc.com

Matthew Franklin Totten
        on behalf of Creditor DAPT Cross Creek  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Office of the United States Trustee
        ustpregion21.at.ecf@usdoj.gov

Stanley J. Kakol, Jr.
        on behalf of Debtor Tangela Danielle McCray documents@sjklawfirm.com
        KakolSR88373@notify.bestcase.com;sjkcourtnotices@gmail.com

TOTAL: 4